IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CORA DISNEY, | 3:16-CV-00424-BR |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN,<br>Commissioner, Social Security<br>Administration, | |
| Defendant. | |

Based on the Court's Opinion and Order issued February 10, 2017, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

DATED this 10th day of February, 2017.

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT